ACCEPTED
01-14-003020-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 12:05:26 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00320-CR**

# IN THE FIRST COURT OF APPEALS OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 12:05:26 PM
CHRISTOPHER A. PRINE
Clerk

APPEAL FROM THE 183RD DISTRICT COURT OF TEXAS
FOR HARRIS COUNTY
CAUSE NO. 1382166

### Eric Lynn Baumgart
*Appellant*

VERSUS

### The State of Texas
*Appellee*

## MOTION TO SUBSTITUTE COUNSEL

Respectfully submitted by:

**Michael D. Gillespie**
Texas Bar Card No. 07926500
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

*Attorney for*:
Eric Lynn Baumgart
Appellant

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**
**- Justice Russell Lloyd, Justice Evelyn Keyes, and Justice Michael Massengale, presiding.**

INTO COURT COMES, ERIC LYNN BAUMGART, the Appellant, through the undersigned Attorney and files this Motion for a Rehearing pursuant to Tex. R. App. P. 49.1 and would respectfully show the Court as follows:

1.      Thomas J. Lewis was previously appointed by the Trial Court to represent Appellant in these causes. Appellant no longer desires to be represented by Thomas J. Lewis.

2.      Michael D. Gillespie has been employed to represent Eric Lynn Baumgart in these causes. Eric Lynn Baumgart approves this substitution, as evidenced by his signature on this motion. This Motion is not brought for delay, but to allow Appellant to be represented by counsel of choice.

3.      Wherefore, premises considered, Eric Lynn Baumgart prays that the Court enter an order allowing Thomas J. Lewis to withdraw from representing Appellant and to substitute Michael D. Gillespie as attorney of record in these causes.

Respectfully submitted by:

_____
**Michael D. Gillespie**
Texas Bar Card No. 07926500
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

Consented to:

_____
Eric Lynn Baumgart

*Attorney for*:
Eric Lynn Baumgart
Appellant

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(d) of the Texas Rules of Appellate Procedure, it is certified that a true copy of these papers were served on the following parties:

**Harris County District Attorney**
Appellate Division
1201 Franklin Street, Suite 600
Houston, Texas 77002
Via:    *Email to curry_alan@dao.hctx.net*
         *Email to morgan_clinton@dao.hctx.net*

**Thomas J. Lewis**
Texas Bar Card No. 12308540
1602 Washington Avenue
Houston, Texas 77007
Via:    *Email to tjlaw2@comcast.net.*

_____
**Michael D. Gillespie**
Texas Bar Card No. 07926500